# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2022

## NO. 03-21-00212-CV

**Tommy Tipton, Appellant**

**v.**

**State of Oklahoma ex rel. Lottery Commission, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on April 29, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.